MARK J. REICHEL (SBN 155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Ste. 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (916) 441-6553
E-Mail: mark@reichellaw.com

Attorney for Defendant
BILLY STEFFEY

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00083-MMD-GWF |
| Plaintiff, | **UNOPPOSED** MOTION TO ALLOW PRETRIAL TRAVEL OUT OF DISTRICT AND ORDER THEREON |
| v. | |
| OMAR BUTT, et al | |
| Defendant. | |

Defendant Billy Steffey desires to travel as follows:

Departure: Virgin America flight 1178 to Newark, New Jersey, departing San Francisco on October 2, 2013, at 2:25 p.m.

Return: October 7, 2013, departing Newark at 5:29 p.m. on Virgin America flight 193 to San Francisco.

Defendant Steffey would be accompanied by his wife, mother-in-law, and son. The purpose of the trip is to provide his son an opportunity to tour college campuses as he is graduating high school this year and intends to go to college in New York. Defendant Steffey is

1

very close to his son and feels it is important to support him as he prepares to move across the country to attend college.

Defendant Steffey's mother-in-law booked and paid for this trip without realizing Defendant Steffey was unable to travel outside the Eastern District. The trip was meant to be a birthday surprise for Defendant Steffey's wife. Accommodations have been made at the W Hotel located at 541 Lexington Avenue; New York, New York, for October 2 to October 6, 2013. The family intends to tour various colleges including NYU and Hunter College.

Defendant Steffey and defense counsel have submitted this itinerary and purpose of travel to Sacramento Pretrial Services Officer Garcia, who supervises Defendant Steffey. Officer Garcia does not oppose this request. Defendant Steffey is scheduled to meet with Officer Garcia on Monday, September 30, and would meet with him again on October 8, 2013. Defendant Steffey has never missed a meeting with his Pretrial Officer and has successfully complied with the conditions as set forth by the court. Defendant Steffey understands the importance of his continued compliance and recognizes the gravity of his situation.

**The United States Attorney's Office in Las Vegas, Nevada, through Assistant United States Attorney Jonathan Ophardt has been advised of this request and does not oppose the granting of the Order as requested herein.**

Dated:  September 17, 2013                               /s/ Mark J. Reichel
                                                         MARK J. REICHEL
                                                         Attorney for Defendant
                                                         BILLY STEFFEY

## ORDER

IT IS SO ORDERED. Defendant Steffey has the permission to travel in the manner described above.

The Court orders as follows: Defendant Steffey shall be allowed to travel to New York on October 2, 2013, returning on October 7, 2013.

**IT IS SO ORDERED**.

Dated: September 20, 2013

_____
C.W. Hoffman, Jr.
United States Magistrate Judge