**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-083 -APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| BILLY STEFFEY, | |
| Defendant. | |

Defendant Billy Steffey has filed a Motion seeking a correction to his Presentence Investigative Report. (Dkt. #350.) Specifically, Steffey requests that the report be amended to (1) remove the mention of charges for which he was arrested but which were dismissed, and (2) attach his medical records that were filed under seal. The arrest in question is correctly noted, the PSR reflects that the charges were dismissed, and the calculations of the sentencing range under the Guidelines was correct. At sentencing, Steffey and his counsel were asked if the PSR contained any mistakes or it needed to be amended. Nothing was mentioned.

With regard to Steffey's medical records, those were filed under seal as attachments to Steffey's Motion for Release Pending Sentencing. (Dkt. #290.) Because they were filed under seal, they were not attached to the PSR. Steffey, his family, and his counsel presumably have copies of his medical records and may provide them to the Bureau of Prisons if Steffey so chooses. If he wishes to have his medical records unsealed in the court docket, he may file a motion to do so.

Finally, pursuant to Fed. R. Crim. P. 35, within 14 days of sentencing the court may correct a sentence that resulted from arithmetical, technical, or other clerical error. That has not occurred here.

For the foregoing reasons, Steffey's motion for correction of his PSR is DENIED.

Dated: May 26, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE