# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLY STEFFEY,<br><br>Defendant. | 2:12-cr-00083-APG-GWF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND AFFIRMING ORDER**<br><br>(ECF Nos. 496, 499) |

Magistrate Judge Foley denied defendant Billy Steffey's motion for relief. ECF No. 499. Judge Foley also ruled that, to the extent Steffey's motion is considered a request for dispositive permanent and/or preliminary injunctive relief, Judge Foley recommends denying the motion. Steffey has not filed an objection to those rulings. Nevertheless, I have conducted a de novo review of the issues set forth in the Order. Judge Foley's Order sets forth the proper legal analysis and factual basis for the decision. Therefore, I affirm it.

IT IS HEREBY ORDERED that Magistrate Judge Foley's Order **(ECF No. 499) is AFFIRMED** and Steffey's motion **(ECF No. 496) is DENIED.**

DATED this 8th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE