**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0083-APG-GWF |
| Plaintiff | **Order Denying Motion** |
| v. | [ECF No. 505] |
| BILLY STEFFY, | |
| Defendant | |

Defendant Billy Steffy filed a motion asking me to recommend that the Bureau of Prisons place him in a halfway house. ECF No. 505. Placement during custody and conditions of confinement are within the control of the Bureau of Prisons. Moreover, representatives of the Bureau have far greater knowledge than I of Mr. Steffy's needs and his behavior while in custody. I have nothing upon which to base a recommendation, and I thus must defer to the Bureau of Prisons to make this determination. However, I am not aware of any reason why Mr. Steffy's request should not receive due consideration by the Bureau.

Dated this 11th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE