# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BILLY STEFFEY,<br><br>    Defendant | Case No.: 2:12-cr-0083-APG-GWF<br><br>**Order Denying Motion to Direct Transfer of Supervised Release**<br><br>[ECF No. 524] |

Defendant Billy Steffey wrote a letter, which I will construe as a motion, asking me to order him sent to Mississippi to serve his supervised release (and potentially his prerelease time at a halfway house). ECF No. 524. Mr. Steffey's request apparently was previously rejected by the Probation Office. I have consulted with a representative of the Probation Office. The office is concerned about Mr. Steffey's lack of contact with Mississippi other than through Ms. Dore. Mr. Steffey has no employment opportunities lined up in Mississippi. Mr. Steffey and Ms. Dore have primarily been "pen pals" with infrequent visits while Mr. Steffey has been in prison. This is not a stable existing relationship. And Ms. Dore's residence is in a somewhat remote location. Thus, if things do not work out with Ms. Dore, Mr. Steffey would be homeless in a remote area with no resources in Mississippi.

I will defer to the wisdom of the Probation Office and the Bureau of Prisons and deny the request. After Mr. Steffey is released from custody and has stabilized his living and working environments in Nevada or California, he may request a transfer of supervision to Mississippi or elsewhere. It is therefore ordered that Mr. Steffey's motion **(ECF No. 524) is DENIED.**

Dated: this 8th day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE