**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>BILLY STEFFEY,<br><br>　　　Defendant | Case No.: 2:12-cr-0083-APG-GWF<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[ECF No. 558] |

Defendant Billy Steffey moves to terminate his supervised release early. ECF No. 558. The United States Attorney opposes but the Probation Office is in favor of the motion.

Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e). Under that statute, I first must consider "the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." Mr. Steffey was convicted of three crimes related to identity theft and conspiracy. Obviously these are crimes that warrant punishment. The conditions of his supervised release have protected the public and deterred Mr. Steffey from committing additional crimes.

After examining the section 3553 factors, I may terminate supervised release "if [I am] satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Judicial Conference's Guide to Judiciary Policy, Volume 8E, Chapter 3, § 380.10(g) provides that, for an offender who satisfies the minimal statutory factors, at 18 months there is a presumption in favor of early termination if the offender is not a career drug or violent offender, sex offender, or terrorist; presents no identified risk of harm to the public or victims; and is free from any moderate or high-severity violations.

Mr. Steffey satisfies this presumption and the Government has offered no evidence to rebut it.  Mr. Steffey has completed over 18 months of supervised release.  According to his supervising probation officer, he has properly performed while on supervised release, complying with all requirements.  She reports that he has made better choices when faced with adversity such as marital issues; he has maintained great communication with her; and he participates in therapy on his own and has displayed positive behavior which reflects his progress in therapy. He does not present a risk to the public or victims.  I congratulate him on his efforts to overcome his past difficulties and on becoming a contributing member of society.  I wish him success and good fortune going forward.

The present circumstances justify early termination of supervised release.  Therefore, Mr. Steffey's motion (**ECF No. 558) is GRANTED** and his supervised release is terminated immediately.

DATED this 4th day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2