**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**BILLY STEFFEY,**
Defendant.



**Case No.: 2:12-cr-00083**

**MOTION FOR MODIFICATION OF RESTITUTION**
**PAYMENT SCHEDULE PURSUANT TO 18 U.S.C. § 3664(k)**

**The Honorable Judge Andrew P Gordon,**

**COMES NOW** Defendant, Billy Steffey, appearing pro se, to respectfully request that this Court modify the payment schedule regarding the Restitution Order in this matter based on a material change in economic circumstances.

**I. BACKGROUND**
I was sentenced by this Court in the Carder.su racketeering case and ordered to pay restitution in the amount of approximately **$52,000,000**+ pursuant to Joint and Several liability.

My role in this conspiracy was limited. **I only knew or interacted with 3 other individuals** (4 including myself) out of the 40+ defendants charged. The only loss specifically discussed regarding my conduct was approximately **$168,000**, stemming from my plea to an Information on a second offense. Despite this, I remain liable for the entire $52 million debt of a criminal enterprise comprised of strangers.

Since my sentencing, I was the victim of a civil rights violation while in BOP custody involving falsified evidence. I am currently litigating Steffey v. Peters, Case No. LA CV 25-11105 (C.D. Cal.), where the administrative record confirms that the evidence used to punish me (NIK Tests) was scientifically invalid.

This not only shows a very serious contribution to the restitution fund, I am sure far times greater than all defendants have paid to date, together, while also allowing me to receive some justice for the wrongs I received while in custody. I have also done all the work and research  as a pro se litigant. There is no guarantee I will receive even a dime, but it's not looking good for the defendants. I have not only uncovered a massive nationwide conspiracy from top executives at BOP to commit fraud and systematically violate inmate rights. I expect my work and diligence will give relief to thousands and thousands of inmates that were harmed and will cause DOJ and BOP to make sweeping changes.

**II. MATERIAL CHANGE IN CIRCUMSTANCES & PROPOSAL**

I am negotiating a settlement with the Department of Justice. Under the MVRA, the Government would typically seize 100% of any settlement. This creates a disincentive to settle. I wish to contribute a substantial sum to the victims while retaining a portion to rebuild my life after the abuse I suffered in custody.

I request an Order modifying the application of settlement proceeds as follows:
1. **Priority Payment:** The first **$500,000.00** of any settlement shall be paid **100% to the Restitution Fund** (covering my personal liability nearly three times over).

2. **Split of Remainder:** For any amount exceeding $500,000, **25%** shall go to Restitution, and **75%** shall be retained by Defendant.

### III. ARGUMENT: THE EQUITY OF THE "SELEZNEV SWAP"
This modification is necessary to correct a fundamental inequity. I remain burdened with a massive joint-and-several liability judgment largely attributable to **Roman Seleznev**, a primary figure in this conspiracy.

**In August 2024, Roman Seleznev was traded back to Russia in a diplomatic prisoner swap.** He has been released from U.S. custody, is beyond the jurisdiction of this Court, and will pay **zero** towards this restitution judgment.

The Government made a diplomatic choice to release the primary debtor, yet continues to enforce his $52 million debt against others and myself—a participant who has served his time. My proposal offers a guaranteed **$500,000** payment to the victims—money the Government can no longer collect from Mr. Seleznev. This amount exceeds the total payments collected from most, if not all, of my co-defendants combined.

### IV. CONCLUSION
I ask this Court to approve this structure to facilitate a settlement that benefits the victims significantly more than the status quo.

Respectfully submitted,

**Billy Steffey**
Defendant, Pro Se
Date: December 19, 2025