**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0083-APG-GWF |
| Plaintiff | **ORDER GRANTING MOTION FOR MODIFICATION OF RESTITUTION** |
| v. | [ECF No. 574] |
| BILLY STEFFEY, | |
| Defendant | |

Defendant Billy Steffey was ordered to pay $50,893,166.35 in restitution, along with many other co-defendants in this very large internet racketeering case. ECF No. 512 at 6. Although he was a smaller player in the scheme, he is responsible for the entire restitution amount with his co-conspirators.  Mr. Steffey now moves to modify the restitution amount. ECF No. 574.  The United States Attorney has not filed any opposition and the deadline to do so has passed.

Mr. Steffey alleges he is negotiating with the Department of Justice for the settlement of a lawsuit he filed against the Bureau of Prisons, among others. *Id.* at 1-2.  His large restitution amount owed means all settlement funds will be taken for restitution; thus, he will reap no gain from any settlement, which disincentives him to settle, resulting in no or less money available for restitution.  He proposes a modification of the restitution amount such that the first $500,000 of any settlement be paid towards restitution in this case and any amount over that be paid 25% towards restitution and 75% kept by Mr. Steffey.  The Government has not opposed this proposal and it seems reasonable.  It will result in Mr. Steffey paying a far greater restitution amount than the damages he directly caused (according to the evidence in the case), and incentivizes him to negotiate a high settlement amount.

I THEREFORE ORDER that Mr. Steffey's motion to modify his restitution amount **(ECF No. 574) is GRANTED** as follows:

If Mr. Steffey settles his case, the first $500,000 of any settlement will be paid towards restitution in this case and any amount over that will be paid 25% towards restitution and 75% may be kept by Mr. Steffey.  If no settlement is reached, then restitution will remain as ordered in the original judgment. ECF No. 512 at 6.

DATED this 20th day of January, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2